JS-6
cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. (a minor, by and through his mother, MARY PEREZ), | Case No. 2:22-cv-02717-HDV-MAR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VENTURA UNIFIED SCHOOL DISTRICT | |
| Defendant. | |

1

1       On December 20, 2024, the Court awarded Plaintiff **$510,960** in compensatory education, for

2   Defendant's denial of a free appropriate public education, in violation of the Individuals with

3   Disabilities Education Act, 20 U.S.C. § 1400.  [Dkt No. 135].  The Court ordered the award to be

4   placed in a special needs trust and further awarded **$6,000** to establish the special needs trust.

5       Defendant will also pay Plaintiff's attorneys' fees, expenses, and costs pursuant to 20 U.S.C.

6   § 1415(i)(3)(B)(i), in an amount to be determined by the Court via a single noticed motion.

7       The Court shall retain jurisdiction to enforce this judgment.

8       Judgment is hereby entered in favor of Plaintiff.

9       **IT IS SO ORDERED.**

10

11   Dated: December 23, 2024

12                                          Hernán D. Vera
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2